**U.S. DISTRICT COURT**
**DISTRICT OF COL**

**PRO SE CONSENT TO RECEIVE NOTIC**

Case: 1:22−cv−01909   JURY DEMAND
Assigned To : Bates, John D.
Assign. Date : 7/1/2022
Description: Contact (M−DECK)

**CHECK ONLY ONE BOX FOR THE APPLICABLE SECTION BELOW:**

☑ **INITIAL REQUEST:** (Check this box to begin receiving notices of electronic filing)

I understand that I waive my right to receive service of documents by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted **ONE** "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid further charges. The **ONE** "free look" will expire in 15 days from the date the notice was sent. After the **ONE** "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document or for FREE by using the public terminals at the Clerk's Office.

I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which will allow me to view, print, and download documents at any time for a nominal fee.

The e-mail address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

I understand that electronic service does not allow me to file documents electronically and does not mean that I can serve documents by e-mail. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

☐ **UPDATE TO INFORMATION:** (Check this box to make changes to your email address)

I have a new email address as indicated below.

☐ **REQUEST TO DEACTIVATE ELECTRONIC NOTICING:** (Check this box to request deactivate electronic noticing)

I request deactivation of electronic noticing. I understand that by deactivating my account, I will begin receiving all filings via U.S. mail instead of email.

I understand that I will continue to receive electronic notices until such time as the Court has deactivated my account.

*I am a pro se party and I have read the applicable section check-marked above and understand and agree to the terms and conditions set forth therein. The U.S. District Court bears no liability for errors resulting from the information I have submitted on this form.*

Signature: *Necole Allen*     Date: 7/1/22
Printed Name: Necole Allen     Case No: 22-cv-1909
Home Address: 9586 Linnett Hill Dr. Lorton, VA 22079

My Email Address is: Necole333@yahoo.com

RETURN THE FORM VIA MAIL OR IN PERSON TO:
The Clerk's Office
U.S. District Court
333 Constitution Ave. NW, Room 1225
Washington, DC 20001

**RECEIVED**
JUL 01 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia