# United States District Court

for the
DISTRICT OF WASHINGTON D.C.

| | | |
|---|---|---|
| **NECOLE ALLEN** | ) | |
| | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:22-CV-01909 |
| | ) | |
| **TRACEY TURNER and TURNER DEVELOPMENT LLC** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Danae Hubbard, being duly sworn, state:

I am 18 years or older and not a party to this action.

I served the following documents on Tracey D. Turner in DC on August 8, 2022 at 3:02 pm at 2901 North Capitol St NE, Washington, DC 20002 by personal service by handing the following documents to an individual identified as Tracey D. Turner.

Summons in a Civil Action (Tracey Turner), Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge
Summons in a Civil Action (Turner Development LLC), Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge
Complaint for Damages and Other Relief with Exhibits, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, Summons in a Civil Action (Turner Development LLC), and Summons in a Civil Action (Tracey Turner)
Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court

Additional Description:
I delivered the documents to Tracey Turner at the residence.

Black or African American Male, est. age 50, glasses: N, No Hair hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=38.9259269101,-77.0083424662
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in <u> Prince George's County </u> ,
<u> MD </u> on <u> 8/10/2022 </u> .

/s/ *Danae Hubbard*
_____
Signature
Danae Hubbard
(202) 779-1438

# Exhibit 1



Exhibit 1a)